UNITED STATES DISTRICT COURT

for the

Western District of Michigan

FILED - GR
April 6, 2026 12:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JV / 4-6

**1:26-cv-1121**
**Paul L. Maloney**
**United States District Judge**

Victoria Hall

vs..                                                                CASE NO.

Julie Poley, Michael A. Faleck, Sulay Grant, Dawn Hill-Kearse

1. Defendants violated fourteenth amendment rights,

2. Plaintiff demands a reasonable amount to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Victoria Hall

3/17/26

Victoria Hall

127 Gloster St
Tupelo, MS 38602

NEW YORK NY   100

31 MAR 2026  PM 10 L



UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399