UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA HALL,

     Plaintiff,

                                    Case No. 1:26-cv-1121

v.

                                    HONORABLE PAUL L. MALONEY

JULIE POLEY, et al.,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  May 19, 2026                     /s/  Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge